UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| HARVEY DEANDRE MCDANIELS, | Case No. 3:20-cv-00692-MMD-CLB |
| Petitioner, | ORDER |
| v. | |
| WARDEN GITTERE, *et al.*, | |
| Respondents. | |

Petitioner Harvey Deandre McDaniels, a Nevada prisoner, has submitted a petition for writ of habeas corpus under 28 U.S.C. § 2254. (ECF No. 1.) Petitioner has not filed an application to proceed *in forma pauperis* or paid the filing fee. Accordingly, this matter has not been properly commenced.  28 U.S.C. § 1915(a)(2) and Local Rules LSR 1-1, 1-2.

The Court will therefore dismiss Petitioner's habeas petition without prejudice. If Petitioner wishes to refile, he must submit a new habeas petition pursuant to 28 U.S.C. § 2254 on the form required by this court in a new action with either the $5.00 filing fee or a completed action to proceed *in forma pauperis*, completed on the proper form, with both an inmate account statement for the past six months and a properly executed financial certificate.

This is not petitioner's first failure to properly commence a habeas corpus matter. The court dismissed *McDaniels v. Nevada Dept. of Corrections*, Case No. 3:20-cv-00623-LRH-CLB, for the same reason.

It therefore is ordered that this action is dismissed without prejudice to the filing of a petition in a *new* action with either the $5.00 filing fee or a properly completed application form to proceed *in forma pauperis*.

///

///

It further is ordered that a certificate of appealability is denied, as jurists of reason would not find the court's dismissal of this improperly commenced action without prejudice to be debatable or incorrect.

The Clerk of Court is directed to send petitioner two copies each of an application form to proceed *in forma pauperis* for incarcerated persons and a noncapital § 2254 habeas petition form, one copy of the instructions for each form, and a copy of the papers that he submitted in this action.

The Clerk of Court is further directed to enter judgment accordingly and close this case.

DATED THIS 15th Day of December 2020.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE